UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>*Khalid Mohammad v. International Business Machines Corporation*, *et al.*, C.A. No. 1:23-cv-12910-ADB (D. Mass.) | MDL No. 1:23-md-03083-ADB-PGL |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Khalid Mohammad ("Dismissing Plaintiff") hereby voluntarily dismisses his claims in the above captioned action against Defendants without prejudice.

This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

In the event of a future recovery in this action, nothing in the foregoing shall prevent Dismissing Plaintiff from submitting a claim as an absent class member and/or from participating in any settlement or judgement as an absent class member.

Dated this 23d day of July, 2024.                Respectfully submitted,

*/s/ David Pastor*_____
David Pastor (BBO # 391000)
PASTOR LAW OFFICE PC
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Tel.: (617) 742-9700
Fax:  (617) 742-9701
Email: dpastor@pastorlawoffice.com

*Counsel for Plaintiff Khalid Mohammad*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: July 23, 2024                      /s/ David Pastor
                                           David Pastor